UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-326-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN SAMUEL BURTON | ORDER TO RELEASE DEFENDANT ON COMPASSIONATE FURLOUGH |

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant a 12-hour furlough to the Defendant for purposes of attending his mother's funeral, and for good cause shown, it is hereby ORDERED that the 12-hour furlough is GRANTED.

The Defendant shall be released at 7:00 a.m. to the custody of Latasha Burton and/or Carl Flagg on February 13, 2016, from the Franklin County Jail for purposes of attending the funeral at Jesus House of Prayer, 704 Dowd Street, Durham, NC 27701 and to attend the interment to follow. At all other times, the defendant shall remain in the custody of his sister, Latasha Burton and/or his stepfather Carl Flagg. The Defendant shall return to the Franklin County Jail no later than 7:00 p.m. on Saturday, February 13, 2016.

IT IS SO ORDERED.

This 12 day of February, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE