IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-326-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SHAWN SAMUEL BURTON | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 17, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 841 and 18 U.S.C. §§ 922(g)(1) and 924, and on further evidence of record and as presented by the Government, forfeiting the following property:

> (1) a Kel-Tech, 5.56 caliber semi-automatic rifle, serial number: P6526 and associated ammunition; (2) a Taurus, .357 caliber revolver, serial number: OF292651 and associated ammunition; (3) a Armi Fratelli, 9mm semi-automatic handgun, serial number: G08466 and associated ammunition; and, (4) a 2003 Ford Expedition, VIN: 1FMFU18L63LA50421;

AND WHEREAS, the United States has advised that Item 4 above, that is, a 2003 Ford Expedition, VIN: 1FMFU18L63LA50421, was not taken into federal custody, and thus it is not pursuing federal judicial forfeiture as to this subject vehicle;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the remaining personal property described in this Court's August 17, 2016 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining personal property listed in the August 17, 2016 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Department of Justice or U. S. Postal Service is directed to dispose of the property according to law, including destruction.

2. The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __10__ of day __August__, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE