IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-326-BO-1
No. 5:17-CV-612-BO

SHAWN SAMUEL BURTON,　　　　　　　)
　　　　Petitioner,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　　)　　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　　)
　　　　Respondent.　　　　　　　　　　　　　　　)

This cause comes before the Court on petitioner's counsel's motion to permit petitioner to amend his 28 U.S.C. § 2255 to add a claim to modify his term of supervised release and, alternatively, to withdraw as counsel. [DE 124].

For good cause shown, counsel's motion to withdraw is GRANTED and Raymond C. Tarlton is allowed to withdraw as counsel of record. Christian E. Dysart is hereby APPOINTED to represent petitioner in this matter. The hearing set for February 6, 2019 is hereby CONTINUED and will be reset during the Court's April 2019 Term. The Clerk is DIRECTED to serve a copy of this order on petitioner, attorney Tarlton, the government, and Christian E. Dysart.

SO ORDERED, this 5 day of February, 2019.

Terrence Boyle
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE